# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-027-RJC-DCK

| | |
|---|---|
| DARRELL WALTER THOMPSON and MARCEE SWINDELL-THOMPSON, ) ) ) Plaintiffs, ) ) v. ) ) INTERNATIONAL PAPER COMPANY, FACTORY MUTUAL INSURANCE COMPANY, FACTORY MUTUAL ENGINEERING CORPORATION, FM GLOBAL HOLDINGS, INC., FM GLOBAL, INC., FM GLOBAL SERVICES, LLC, DANNY T. MILLER, and JOHN DOES 1-10, ) ) ) ) ) ) ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Unopposed Motion To Remand" (Document No. 7) filed February 5, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting that Defendants International Paper Company, Factory Mutual Insurance Company, Factory Mutual Engineering Corporation, FM Global Services, LLC and Danny T. Miller do not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Unopposed Motion To Remand" (Document No. 7) is **GRANTED**.

Signed: February 5, 2015

David C. Keesler
United States Magistrate Judge